THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:	415/674-8600
Facsimile:	415/674-9900

Attorneys for Plaintiff
LES JANKEY, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>MILANO PIZZA; JOHN VOZAITIS and DENISE VOZAITIS, TRUSTEES OF THE JOHN and DENISE VOZAITIS REVOCABLE LIVING TRUST dated DECEMBER 20, 2007; and DENNIS VOZAITIS, an individual dba MILANO PIZZA,<br><br>   Defendants. | **CASE NO. CV-09-2438-CW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 21, 2010  THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/ Thomas E. Frankovich_____
Thomas E. Frankovich
Attorney for LES JANKEY, an individual

Dated: _____, 2010  BRAVO & MARGULIES

By: _____
Joseph K. Bravo, Esq.
Attorneys for JOHN VOZAITIS and DENISE VOZAITIS, TRUSTEES OF THE JOHN and DENISE VOZAITIS REVOCABLE LIVING TRUST dated DECEMBER 20, 2007; and DENNIS VOZAITIS

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2010

_____
Honorable Judge Claudia Wilkin
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1 pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2 This stipulation may be executed in counterparts, all of which together shall constitute one
3 original document.

5 Dated: _____, 2010    THOMAS E. FRANKOVICH
                            *A PROFESSIONAL LAW CORPORATION*

7                           By:_____
                            Thomas E. Frankovich
8                           Attorney for LES JANKEY, an individual

11 Dated: October 21, 2010   BRAVO & MARGULIES

13                          By: _Joseph K. Bravo_
14                          Joseph K. Bravo, Esq.
15                          Attorneys for JOHN VOZAITIS and DENISE
                            VOZAITIS, TRUSTEES OF THE JOHN and
16                          DENISE VOZAITIS REVOCABLE LIVING
                            TRUST dated DECEMBER 20, 2007; and DENNIS
17                          VOZAITIS

19                          **ORDER**

20 IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
21 Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the
22 purpose of enforcing the parties' Settlement Agreement and General Release should such
23 enforcement be necessary.

25 Dated: _____, 2010

27                          _____
                            Honorable Judge Claudia Wilkin
28                          UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
-2-