1 | THOMAS E. FRANKOVICH (State Bar #074414)
2 | THOMAS E. FRANKOVICH
  | *A PROFESSIONAL LAW CORPORATION*
  | 4328 Redwood Hwy, Suite 300
3 | San Rafael, CA   94903
  | Telephone:     415/674-8600
4 | Facsimile:      415/674-9900

5 | Attorneys for Plaintiff
  | LES JANKEY, an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual, | CASE NO. CV-09-2438-CW |
| Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| MILANO PIZZA; JOHN VOZAITIS and DENISE VOZAITIS, TRUSTEES OF THE JOHN and DENISE VOZAITIS REVOCABLE LIVING TRUST dated DECEMBER 20, 2007; and DENNIS VOZAITIS, an individual dba MILANO PIZZA, | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: October 21, 2010      THOMAS E. FRANKOVICH
                             *A PROFESSIONAL LAW CORPORATION*

                             By:_____/S/ Thomas E. Frankovich_____
                                 Thomas E. Frankovich
                                 Attorney for LES JANKEY, an individual

Dated: _____, 2010   BRAVO & MARGULIES

                             By: _____
                                 Joseph K. Bravo, Esq.
                             Attorneys for JOHN VOZAITIS and DENISE VOZAITIS, TRUSTEES OF THE JOHN and DENISE VOZAITIS REVOCABLE LIVING TRUST dated DECEMBER 20, 2007; and DENNIS VOZAITIS

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: _____, 2010

                             _____
                             Honorable Judge Claudia Wilkin
                             UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2010           THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By: _____
                                     Thomas E. Frankovich
                                 Attorney for LES JANKEY, an individual

Dated: October 21, 2010          BRAVO & MARGULIES

                                 By: _____
                                     Joseph K. Bravo, Esq.
                                 Attorneys for JOHN VOZAITIS and DENISE
                                 VOZAITIS, TRUSTEES OF THE JOHN and
                                 DENISE VOZAITIS REVOCABLE LIVING
                                 TRUST dated DECEMBER 20, 2007; and DENNIS
                                 VOZAITIS

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: October 25, 2010

                                 _____
                                 Honorable Judge Claudia Wilkin
                                 UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

-2-